IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHARLES MARION,              )
                             )
          Petitioner,        )         8:06CV520
                             )
     v.                      )
                             )
UNITED STATES OF AMERICA,    )         ORDER
                             )
          Respondent.        )
_____)
```

      This matter is before the Court on petitioner's motion pursuant to 28 U.S.C. § 2241 and 2243 (Filing No. 1).  Section 2241 provides for a habeas corpus proceeding, but such a motion must be filed in the district where the petitioner is incarcerated.  This Court does not have jurisdiction to hear a § 2241 motion as petitioner is housed in a United States prison facility at Leavenworth, Kansas.  Lacking jurisdiction to hear the motion, it will be denied.  Accordingly,

      IT IS ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2241 and 2243 is denied.

      DATED this 19th day of September, 2006.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court